PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Alfonso MERCADO |
| **Docket Number:** | 1:04CR5008 OWW |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08-27-03 |
| **Original Offense:** | 18 USC 371 - Conspiracy to be an Accessory After the Fact   (CLASS D FELONY) |
| **Original Sentence:** | BOP, credit for time served; 3 years supervised release; $100 special assessment; mandatory testing |
| **Special Conditions:** | Not incur new credit; financial disclosure; drug treatment and testing |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 08-27-03 |
| **Assistant U.S. Attorney:** | Unassigned |
| **Defense Attorney:** | Unassigned |
| **Other Court Action:** | |
| <u>01-12-04</u>: | Jurisdiction accepted from the Eastern District of North Carolina |

Rev. 04/2005
PROB12A1.MRG

**RE:   Alfonso MERCADO**
      **Docket Number:   1:04CR5008 OWW**
      <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.     ILLICIT DRUG USE (DATES) MARCH 23, 2005 and APRIL 7, 2005**

**Details of alleged non-compliance:**  On March 23, and April 7, 2005, the defendant submitted urine samples (respectively identified by tracking numbers A00209999 and A00210006) pursuant to his special condition to comply with mandatory drug testing.  The samples returned positive test results for the presence of marijuana.

**United States Probation Officer Plan/Justification:**  The defendant has been placed in an outpatient drug testing and counseling program.  Considering the defendant appears to have taken responsibility for his violation conduct by admitting his drug use and expressing his willingness to participate in a program, the probation officer recommends the Court take no action at the present time.  Should the defendant fail to positively respond to the outpatient program, the probation officer will consider a recommendation for a community corrections center placement in order to intensify and to serve as a sanction.

RE:   Alfonso MERCADO
      Docket Number:   1:04CR5008 OWW
      **REPORT OF OFFENDER NON-COMPLIANCE**


                            Respectfully submitted,

                            /s/ R. Walters

                            **R. WALTERS**
                            **United States Probation Officer**
                            Telephone: (661) 861-4305

**DATED:**   April 18, 2005
             Bakersfield, California
             RCW:dk
                           /s/ Rick C. Louviere
**REVIEWED BY:** _____
                 **Rick C. Louviere**
                 **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( x )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

**April 19, 2005**                              **/s/ OLIVER W. WANGER**
**Date**                                        **Signature of Judicial Officer**


cc:   United States Probation
      Assistant United States Attorney
      Assistant Federal Defender