Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Alfonso MERCADO, JR |
| **Docket Number:** | 1:04CR5008 OWW |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08-27-03 |
| **Original Offense:** | 18 USC 371 - Conspiracy to be an Accessory After the Fact   (CLASS D FELONY) |
| **Original Sentence:** | Credit for time served in the Bureau of Prisons; 3 years supervised release; $100 special assessment; mandatory testing |
| **Special Conditions:** | Not incur new credit; financial disclosure; drug treatment and testing |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 08-27-03 |
| **Assistant U.S. Attorney:** | Unassigned |
| **Defense Attorney:** | Unassigned |
| **Other Court Action:** | |
| <u>01-12-04</u>: | Jurisdiction accepted from the Eastern District of North Carolina |
| <u>04-18-05</u>: | Non-compliance Report submitted regarding the defendant's illicit drug use. Considering the defendant |

RE:     Alfonso MERCADO
        Docket Number:  1:04CR5008 OWW
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

returned to outpatient treatment, the probation officer recommended the Court take no negative action in order to allow the defendant to benefit from services. The Court approved on April 19, 2005.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in a residential community correctional center, for a period not to exceed 30 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b)(11). The defendant shall pay cost of confinement as determined by the Bureau of Prisons.

**Justification:**    On November 7, 2005, the defendant submitted a urine sample to the probation officer which returned a positive result for the presence of marijuana.

In April 2005, with the Court's approval, the probation officer returned the defendant to outpatient substance abuse treatment due to his marijuana ingestion. The defendant marginally participated in treatment, and services were terminated in August 2005. Regarding his marginal participation, the defendant stated he did not need treatment because he did not feel he had a drug problem and he could not afford to drive to the program several times a month due to the high cost of gas and mechanical problems with his car. Considering the defendant's urinalysis tests were negative for illicit drugs, coupled with the defendant's statements, the probation officer reluctantly terminated the defendant's services.

Considering the defendant has continued to abuse drugs, coupled with the fact he has benefitted from the opportunity to return to outpatient services, the probation officer now

**RE:   Alfonso MERCADO**
      **Docket Number:  1:04CR5008 OWW**
      <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
      <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

recommends the defendant be ordered to participate in a community corrections center not to exceed 30 days.  Such an order would serve both as a punitive and rehabilitative measure.

The defendant has demonstrated his support of this action by signing the Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision.  Therefore, it is recommended the Court modify the defendant's terms of supervision as indicated above.

Mention should be made that on October 25, 2005, the defendant was arrested by the Kern County Sheriff's Department after allegedly slapping his girlfriend.  On October 28, 2005, the Kern County District Attorney's Office filed a Complaint (case #TM065161A) alleging a violation of Penal Code Section 243(E)(1) - Spousal Battery and a violation of Penal Code Section 273A(b) - Child Cruelty.  According to the Crime Report, the defendant and his girlfriend became involved in an argument while in the parking lot of the local county building.  Allegedly, the defendant slapped his girlfriend in the face while she was carrying her two-year-old daughter.

The defendant adamantly denies the charges and has sought attorney representation.  Considering the new case has not resulted in a conviction, the probation officer recommends the Court take no negative action at the present time in order to allow the defendant an opportunity to resolve the matter.  Should the new case result in a conviction, the probation officer will notify the Court.

**RE:    Alfonso MERCADO**
**       Docket Number:  1:04CR5008 OWW**
**       <u>PETITION TO MODIFY THE CONDITIONS OR TERM</u>**
**       <u>OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>**


Respectfully submitted,

/s/ R. Walters

**R. WALTERS**
**United States Probation Officer**
Telephone:  (661) 861-4304

**DATED:**     January 19, 2006
              Bakersfield, California
              RCW:dk


**REVIEWED BY:**     /s/ Rick C. Louviere
                    **RICK C. LOUVIERE**
                    **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )  Modification approved as recommended.

(   )  Modification not approved at this time.  Probation Officer to contact Court.

(   )  Other:

January 20, 2006                                /s/ OLIVER W. WANGER

**Date**                                        **Signature of Judicial Officer**

**RE:    Alfonso MERCADO**
**       Docket Number:  1:04CR5008 OWW**
**       PETITION TO MODIFY THE CONDITIONS OR TERM**
**       <u>OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>**


cc:    United States Probation
       Assistant United States Attorney
       Assistant Federal Defender
       Defendant
       Court File

Attachment:    Presentence Report (Sacramento only)